IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DANIEL DAVID,

        Petitioner,

  v.

HARLEY G. LAPPIN,

        Respondent.

         /

No. CR 02-0062 SI
No. C 07-04081 SI

**JUDGMENT**

    The petition by Daniel David for writ of habeas corpus is denied, both on the basis of procedural default and on the merits. Judgment is entered accordingly.

**IT IS SO ORDERED. AND ADJUDGED**

Dated: July 9, 2008

SUSAN ILLSTON
United States District Judge