IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DAVID,<br><br>        Petitioner,<br><br>  v.<br><br>HARLEY G. LAPPIN,<br><br>        Respondent.<br>_____/ | No. C 07-4081 SI<br>No. CR 02-0062 SI<br><br>**ORDER DENYING CERTIFICATE OF APPEALABILITY** |

Petitioner filed a notice of appeal but did not file an application for a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b) (Docket # 302). If petitioner had filed an application for a certificate of appealability, it would be DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." *Slack v. McDaniel*, 529 U.S. 473, 484, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000). The clerk shall forward to the court of appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir.1997).

**IT IS SO ORDERED.**

Dated: September 30, 2008

SUSAN ILLSTON
United States District Judge